No. 2627. Díaz, APPELLANT, v. JOGLAR, APPELLEE.—First District Court of San Juan. Decided January 29, 1924. Appellant's motion for explanation of the judgment overruled.

No. 3142. BLANCO, APPELLEE, v. MUÑOZ, APPELLANT.— Debt. First District Court of San Juan. Decided January 29, 1924. Appeal dismissed on motion of the appellee because of the appellant's failure to file a brief.

No. 2159. PEOPLE, APPELLEE, v. MARTÍNEZ, APPELLANT.— District Court of Ponce. Decided February 1, 1924. It appearing that the evidence connecting the defendant with the crime was the uncorroborated testimony of Pedro Morales, an accomplice, under section 253 of the Code of Criminal Procedure and the case of People v. Buxó, 29 P. R. R. 75, the judgment was reversed and the defendant discharged.

No. 2164. PEOPLE, APPELLEE, v. SANTIAGO, APPELLANT.— District Court of Arecibo. Decided February 1, 1924. As it was not alleged in the complaint for abandonment of children that the father did so "without lawful excuse," as required by section 263 of the Penal Code following the cases of People v. Giraud, 23 P. R. R. 492, and People v. Ferrán, 26 P. R. R. 230, the judgment was reversed and the defendant discharged.

No. 3210. PEOPLE EX REL. CHEVERES, APPELLEE, v. GUARDIOLA, APPELLANT.—First District Court of San Juan. Decided February 11, 1924. Dismissed.

No. 3257. FERNÁNDEZ, APPELLANT, v. EMPLOYER'S LIABILITY ASSURANCE CORP., LTD., APPELLEE.—First District Court of San Juan. Decided February 14, 1924. Appeal dismissed on motion of appellee because the transcript was not filed in time.